

# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW<br>ROCHESTER, MN 55901 US | | 200 FIRST STREET SW<br>Rochester, MN 55905 US<br>(888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 20-Nov-2024 | 3-Dec-2024 | 10-Dec-2024 | 91,351.94 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,528.57 | 88,398.70 |
| Imputed Earnings | 15.07 | 371.79 |
| Pretax Deductions | 281.27 | 6,593.55 |
| Employee Tax Deductions | 450.80 | 11,534.31 |
| Involuntary Deductions | 765.68 | 3,711.86 |
| Net Payment | 2,015.75 | 66,187.19 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Hours | Rate | Multiple | Current | Year to Date |
| Excess Life Imputed | | | | 15.07 | 371.79 |
| Miscellaneous Pay Non Benefits | | | | 0.00 | 1,000.00 |
| Paid Time Off | 16.00 | 43.92 | 1 | 702.70 | 13,108.08 |
| Regular Pay | 64.00 | 43.92 | 1 | 2,810.80 | 73,918.83 |

*Earnings Breakdown: This section details the Earnings by rate for the above summary.*

| Description | Hours | Rate | Multiple | Current |
|---|---|---|---|---|
| Paid Time Off | 16.00 | 43.92 | 1 | 702.70 |
| Regular Pay | 64.00 | 43.92 | 1 | 2,810.80 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| MRA | 2.00 | 46.00 |
| Mayo 403b Plan Employees Contribution | 70.27 | 1,740.55 |
| Mayo Premier | 209.00 | 4,807.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 205.69 | 5,179.83 |
| FIT Withheld | 136.02 | 3,575.80 |
| Medicare Employee Withheld | 48.10 | 1,211.41 |
| SIT Withheld (MN) | 60.99 | 1,567.27 |



# Payslip

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 8 | 0.00 |
| MN | Married | 8 | 0.00 |

## Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| State Tax Levy Order | 0.00 | 2,946.18 |
| State Tax Levy Order | 765.68 | 765.68 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 5873936482 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 2,015.75 |

## Employer Match

| Description | Current | Year to Date |
|---|---|---|
| Mayo 403b Plan Employers Contribution | 35.14 | 870.34 |



# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW<br>ROCHESTER, MN 55901 US | | 200 FIRST STREET SW<br>Rochester, MN 55905 US<br>(888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 20-Nov-2024 | 3-Dec-2024 | 12-Dec-2024 | 91,351.94 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 0.00 | 88,398.70 |
| Imputed Earnings | 0.00 | 371.79 |
| Pretax Deductions | 0.00 | 6,593.55 |
| Employee Tax Deductions | 0.00 | 11,534.31 |
| Involuntary Deductions | 0.00 | 3,711.86 |
| Voluntary Deductions | -765.68 | -765.68 |
| Net Payment | 765.68 | 66,952.87 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Hours | Rate | Multiple | Current | Year to Date |
| Excess Life Imputed | | | | 0.00 | 371.79 |
| Miscellaneous Pay Non Benefits | | | | 0.00 | 1,000.00 |
| Paid Time Off | 0.00 | | | 0.00 | 13,108.08 |
| Regular Pay | 0.00 | | | 0.00 | 73,918.83 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| MRA | 0.00 | 46.00 |
| Mayo 403b Plan Employees Contribution | 0.00 | 1,740.55 |
| Mayo Premier | 0.00 | 4,807.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 0.00 | 5,179.83 |
| FIT Withheld | 0.00 | 3,575.80 |
| Medicare Employee Withheld | 0.00 | 1,211.41 |
| SIT Withheld (MN) | 0.00 | 1,567.27 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| FEDERAL | Married | 8 | 0.00 |
| MN | Married | 8 | 0.00 |



# Payslip

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| State Tax Levy Order | 0.00 | 2,946.18 |
| State Tax Levy Order | 0.00 | 765.68 |
| Miscellaneous Deduction Nonrecurring | -765.68 | -765.68 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 5927317731 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 765.68 |

| Employer Match | | |
|---|---|---|
| Description | Current | Year to Date |
| Mayo 403b Plan Employers Contribution | .00 | 870.34 |



# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW<br>ROCHESTER, MN 55901 US | | 200 FIRST STREET SW<br>Rochester, MN 55905 US<br>(888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 4-Dec-2024 | 17-Dec-2024 | 24-Dec-2024 | 91,351.94 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,528.57 | 91,927.27 |
| Imputed Earnings | 15.07 | 386.86 |
| Pretax Deductions | 281.27 | 6,874.82 |
| Employee Tax Deductions | 450.81 | 11,985.12 |
| Involuntary Deductions | 765.67 | 4,477.53 |
| Voluntary Deductions | 0.00 | -765.68 |
| Net Payment | 2,015.75 | 68,968.62 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Hours | Rate | Multiple | Current | Year to Date |
| Excess Life Imputed | | | | 15.07 | 386.86 |
| Miscellaneous Pay Non Benefits | | | | 0.00 | 1,000.00 |
| Paid Time Off | 0.00 | | | 0.00 | 13,108.08 |
| Regular Pay | 80.00 | 43.92 | 1 | 3,513.50 | 77,432.33 |

*Earnings Breakdown: This section details the Earnings by rate for the above summary.*

| Description | Hours | Rate | Multiple | Current |
|---|---|---|---|---|
| Regular Pay | 80.00 | 43.92 | 1 | 3,513.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| MRA | 2.00 | 48.00 |
| Mayo 403b Plan Employees Contribution | 70.27 | 1,810.82 |
| Mayo Premier | 209.00 | 5,016.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 205.69 | 5,385.52 |
| FIT Withheld | 136.02 | 3,711.82 |
| Medicare Employee Withheld | 48.11 | 1,259.52 |
| SIT Withheld (MN) | 60.99 | 1,628.26 |



# Payslip

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| FEDERAL | Married | 8 | 0.00 |
| MN | Married | 8 | 0.00 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| State Tax Levy Order | 0.00 | 2,946.18 |
| State Tax Levy Order | 0.00 | 765.68 |
| State Tax Levy Order | 765.67 | 765.67 |
| Miscellaneous Deduction Nonrecurring | 0.00 | -765.68 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 6009197131 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 2,015.75 |

| Employer Match | | |
|---|---|---|
| Description | Current | Year to Date |
| Mayo 403b Plan Employers Contribution | 35.14 | 905.48 |



# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW ROCHESTER, MN 55901 US | | 200 FIRST STREET SW Rochester, MN 55905 US (888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 4-Dec-2024 | 17-Dec-2024 | 31-Dec-2024 | 91,351.94 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 0.00 | 91,927.27 |
| Imputed Earnings | 0.00 | 386.86 |
| Pretax Deductions | 0.00 | 6,874.82 |
| Employee Tax Deductions | 0.00 | 11,985.12 |
| Involuntary Deductions | 0.00 | 4,477.53 |
| Voluntary Deductions | -765.67 | -1,531.35 |
| Net Payment | 765.67 | 69,734.29 |

### Earnings

| Description | Hours | Rate | Multiple | Current | Year to Date |
|---|---|---|---|---|---|
| Excess Life Imputed | | | | 0.00 | 386.86 |
| Miscellaneous Pay Non Benefits | | | | 0.00 | 1,000.00 |
| Paid Time Off | 0.00 | | | 0.00 | 13,108.08 |
| Regular Pay | 0.00 | | | 0.00 | 77,432.33 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| MRA | 0.00 | 48.00 |
| Mayo 403b Plan Employees Contribution | 0.00 | 1,810.82 |
| Mayo Premier | 0.00 | 5,016.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 0.00 | 5,385.52 |
| FIT Withheld | 0.00 | 3,711.82 |
| Medicare Employee Withheld | 0.00 | 1,259.52 |
| SIT Withheld (MN) | 0.00 | 1,628.26 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 8 | 0.00 |
| MN | Married | 8 | 0.00 |



# Payslip

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| State Tax Levy Order | 0.00 | 2,946.18 |
| State Tax Levy Order | 0.00 | 765.68 |
| State Tax Levy Order | 0.00 | 765.67 |
| Miscellaneous Deduction Nonrecurring | -765.67 | -1,531.35 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 6075422951 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 765.67 |

| Employer Match | | |
|---|---|---|
| Description | Current | Year to Date |
| Mayo 403b Plan Employers Contribution | .00 | 905.48 |



# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW<br>ROCHESTER, MN 55901 US | | 200 FIRST STREET SW<br>Rochester, MN 55905 US<br>(888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 18-Dec-2024 | 31-Dec-2024 | 7-Jan-2025 | 91,351.94 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 3,528.48 | 3,528.48 |
| Imputed Earnings | 14.98 | 14.98 |
| Pretax Deductions | 300.27 | 300.27 |
| Employee Tax Deductions | 438.77 | 438.77 |
| Net Payment | 2,774.46 | 2,774.46 |

### Earnings

| Description | Hours | Rate | Multiple | Current | Year to Date |
|---|---|---|---|---|---|
| Excess Life Imputed | | | | 14.98 | 14.98 |
| Paid Time Off | 24.00 | 43.92 | 1 | 1,054.05 | 1,054.05 |
| Regular Pay | 56.00 | 43.92 | 1 | 2,459.45 | 2,459.45 |

Earnings Breakdown: This section details the Earnings by rate for the above summary.

| Description | Hours | Rate | Multiple | Current |
|---|---|---|---|---|
| Paid Time Off | 24.00 | 43.92 | 1 | 1,054.05 |
| Regular Pay | 56.00 | 43.92 | 1 | 2,459.45 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Standard | 21.00 | 21.00 |
| Mayo 403b Plan Employees Contribution | 70.27 | 70.27 |
| Mayo Premier | 209.00 | 209.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 204.51 | 204.51 |
| FIT Withheld | 129.55 | 129.55 |
| Medicare Employee Withheld | 47.83 | 47.83 |
| SIT Withheld (MN) | 56.88 | 56.88 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 8 | 0.00 |
| MN | Married | 8 | 0.00 |



# Payslip

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 6157123486 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 2,774.46 |

| Employer Match | | |
|---|---|---|
| Description | Current | Year to Date |
| Mayo 403b Plan Employers Contribution | 35.14 | 35.14 |


MAYO CLINIC

# Payslip

| Employee Name | Person Number | Hire Date | Tax Reporting Unit Name |
|---|---|---|---|
| Benjamin R Austin | 274494 | 12-Mar-2018 | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH |
| **Employee Address** | | **Employer Address and Phone Number** | |
| 2918 Bandel Ct NW<br>ROCHESTER, MN 55901 US | | 200 FIRST STREET SW<br>Rochester, MN 55905 US<br>(888) 266-0440 | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 1-Jan-2025 | 14-Jan-2025 | 21-Jan-2025 | 91,351.94 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,528.57 | 7,057.05 |
| Imputed Earnings | 15.07 | 30.05 |
| Pretax Deductions | 300.27 | 600.54 |
| Employee Tax Deductions | 438.77 | 877.54 |
| Involuntary Deductions | 768.68 | 768.68 |
| Net Payment | 2,005.78 | 4,780.24 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Hours | Rate | Multiple | Current | Year to Date |
| Excess Life Imputed | | | | 15.07 | 30.05 |
| Paid Time Off | 16.00 | 43.92 | 1 | 702.70 | 1,756.75 |
| Regular Pay | 64.00 | 43.92 | 1 | 2,810.80 | 5,270.25 |

*Earnings Breakdown: This section details the Earnings by rate for the above summary.*

| Description | Hours | Rate | Multiple | Current |
|---|---|---|---|---|
| Paid Time Off | 16.00 | 43.92 | 1 | 702.70 |
| Regular Pay | 64.00 | 43.92 | 1 | 2,810.80 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Delta Dental - Standard | 21.00 | 42.00 |
| Mayo 403b Plan Employees Contribution | 70.27 | 140.54 |
| Mayo Premier | 209.00 | 418.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 204.51 | 409.02 |
| FIT Withheld | 129.55 | 259.10 |
| Medicare Employee Withheld | 47.83 | 95.66 |
| SIT Withheld (MN) | 56.88 | 113.76 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| FEDERAL | Married | 8 | 0.00 |



# Payslip

| MN | Married | | 8 | 0.00 |
|---|---|---|---|---|

| Other Deductions | | | |
|---|---|---|---|
| Description | | Current | Year to Date |
| State Tax Levy Order | | 768.68 | 768.68 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 6288409747 | MERCHANTS BANK NA | 091900193 | XXXXXX404 | USD | 2,005.78 |

| Employer Match | | |
|---|---|---|
| Description | Current | Year to Date |
| Mayo 403b Plan Employers Contribution | 35.14 | 70.28 |